# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| ABDULLAHI ABDI AZIZ HUSSEIN, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>U.S. ICE, )<br>)<br>Respondent. ) | Civil Action No.<br>4:17-cv-01217-AKK-JEO |

## MEMORANDUM OPINION

This is an action on a petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2241 by Abdullahi Abdi Aziz Hussein ("Petitioner"). (*See* Doc. 1). Acting pro se, Petitioner originally filed the action in the United States District Court for the Central District of California, which transferred it to this court. (*See* Doc. 10). Petitioner claims he is being held unlawfully because he has not been afforded an individualized bond hearing while his petition for review in the Ninth Circuit Court of Appeals is pending to challenge an order of removal under the Immigration and Nationality Act, 8 U.S.C. § 1101 *et seq. See generally Zadvydas v. Davis*, 533 U.S. 678 (2001); *Sopo v. U.S. Att'y Gen.*, 825 F.3d 1199 (11th Cir. 2016). The cause now comes to be heard on a motion to dismiss the action as moot, filed by the Respondent. (Doc. 14). The court concludes that the motion is due to be granted.

An immigration detainee's claim for habeas relief is moot once he has been repatriated and released from custody because the court can no longer grant meaningful relief. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003); *Soliman v. United States ex rel. INS*, 296 F.3d 1237, 1242-43 (11th Cir. 2002). To that end, Respondents' motion to dismiss is supported by a declaration by a Supervisory Detention and Deportation Officer who states that, according to his review of attached records, Petitioner was removed from the United States to Somalia on July 27, 2017. (Doc. 14-1). Respondent's motion is therefore due to be granted and this action will be dismissed. A separate Final Order will be entered.

**DONE,** this 22 day of November, 2017.

_____

**ABDUL K. KALLON**

UNITED STATES DISTRICT JUDGE